United States District Court
Southern District of Texas
FILED

NOV 0 8 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALBERT PULLEN AND ZONIA PULLEN ET AL., | § § § | |
| Plaintiffs, | § § § | |
| V. | § § | C.A. NO. B-02-206 |
| FARMERS GROUP, INC., FARMERS UNDERWRITERS ASSOCIATION, FIRE UNDERWRITERS ASSOCIATION, FARMERS INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGE, AND JOSE GUTIERREZ, | § § § § § § § § | |
| Defendants. | § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiffs, individually and in a representative capacity on behalf of a class of persons similarly situated, and subject to any and all Motions to Remand that may be filed in this matter file this their Certificate of Interested Parties as follows:

 1. Plaintiff Albert Pullen
   Plaintiff can be reached through counsel of record:

   Suzanne M. Schwarz
   State Bar No. 17872300
   **LAW OFFICES OF SUZANNE SCHWARZ, P.C.**
   P.O. Box 532044
   Harlingen, Texas 78553
   Tel: (956) 440-0340
   Fax: (956) 440-8252

   Benigno "Trey" Martinez
   State Bar No. 00797011

1

        **MARTINEZ, BARRERA, & MARTINEZ, L.L.P.**
        1201 E. Van Buren
        Brownsville, Texas 78520
        Tel: (956) 546-7159
        Fax: (956) 544-0602

2.     Plaintiff Zonia Pullen
        Plaintiff can be reached through counsel of record:

        Suzanne M. Schwarz
        State Bar No. 17872300
        **LAW OFFICES OF SUZANNE SCHWARZ, P.C.**
        P.O. Box 532044
        Harlingen, Texas 78553
        Tel: (956) 440-0340
        Fax: (956) 440-8252

        Benigno "Trey" Martinez
        State Bar No. 00797011
        **MARTINEZ, BARRERA, & MARTINEZ, L.L.P.**
        1201 E. Van Buren
        Brownsville, Texas 78520
        Tel: (956) 546-7159
        Fax: (956) 544-0602

3.     All consumers in the State of Texas who had insurance with Defendants during the last eighteen months by and through:

        Suzanne M. Schwarz
        State Bar No. 17872300
        **LAW OFFICES OF SUZANNE SCHWARZ, P.C.**
        P.O. Box 532044
        Harlingen, Texas 78553
        Tel: (956) 440-0340
        Fax: (956) 440-8252

        Benigno "Trey" Martinez
        State Bar No. 00797011
        **MARTINEZ, BARRERA, & MARTINEZ, L.L.P.**
        1201 E. Van Buren
        Brownsville, Texas 78520
        Tel: (956) 546-7159
        Fax: (956) 544-0602

4. Farmers Group, Inc., Defendant, can be reached through counsel of record:

    Eduardo Roberto Rodriguez
    State Bar No. 17144000
    Federal I.D. No. 1944
    Roberto Patrick Rodriguez
    State Bar No. 24002861
    Federal I.D. No. 22949
    1201 East Van Buren
    Brownsville, Texas 78520 and/or
    P.O. Box 2155
    Brownsville, Texas 78522
    Telephone: (956) 542-7441
    Telecopier: (956) 541-2170

    Of Counsel:
    RODRIGUEZ, COLVIN & CHANEY, L.L.P.
    Layne E. Kruse
    State Bar No. 11742550
    Federal I.D. No. 2383
    Richard N. Carrell
    State Bar No. 03871000
    Federal I.D. No. 4473
    Gerard G. Pecht
    State Bar No. 15701800
    Federal I.D. No. 4784
    1301 McKinney, Suite 5100
    Houston, Texas 77010
    Telephone: (713) 651-5151
    Telecopier: (713) 651-5246

    Of Counsel:
    FULBRIGHT & JAWORSKI L.L.P.
    Attorneys-in-Charge for Defendants

5. Farmers Underwriters Association, Defendant, can be reached through counsel of record:

    Eduardo Roberto Rodriguez
    State Bar No. 17144000
    Federal I.D. No. 1944
    Roberto Patrick Rodriguez
    State Bar No. 24002861
    Federal I.D. No. 22949

1201 East Van Buren
Brownsville, Texas 78520 and/or
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170

Of Counsel:
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
Layne E. Kruse
State Bar No. 11742550
Federal I.D. No. 2383
Richard N. Carrell
State Bar No. 03871000
Federal I.D. No. 4473
Gerard G. Pecht
State Bar No. 15701800
Federal I.D. No. 4784
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

Of Counsel:
FULBRIGHT & JAWORSKI L.L.P.
Attorneys-in-Charge for Defendants

6. Fire Underwriters Association, Defendant, can be reached through counsel of record:

Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal I.D. No. 1944
Roberto Patrick Rodriguez
State Bar No. 24002861
Federal I.D. No. 22949
1201 East Van Buren
Brownsville, Texas 78520 and/or
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170

Of Counsel:

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
Layne E. Kruse
State Bar No. 11742550
Federal I.D. No. 2383
Richard N. Carrell
State Bar No. 03871000
Federal I.D. No. 4473
Gerard G. Pecht
State Bar No. 15701800
Federal I.D. No. 4784
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

Of Counsel:
FULBRIGHT & JAWORSKI L.L.P.
Attorneys-in-Charge for Defendants

7. Farmers Insurance Exchange, Defendant, can be reached through counsel of record:

Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal I.D. No. 1944
Roberto Patrick Rodriguez
State Bar No. 24002861
Federal I.D. No. 22949
1201 East Van Buren
Brownsville, Texas 78520 and/or
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170

Of Counsel:
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
Layne E. Kruse
State Bar No. 11742550
Federal I.D. No. 2383
Richard N. Carrell
State Bar No. 03871000
Federal I.D. No. 4473
Gerard G. Pecht

      State Bar No. 15701800
      Federal I.D. No. 4784
      1301 McKinney, Suite 5100
      Houston, Texas 77010
      Telephone: (713) 651-5151
      Telecopier: (713) 651-5246

      Of Counsel:
      FULBRIGHT & JAWORSKI L.L.P.
      Attorneys-in-Charge for Defendants

8.     Fire Insurance Exchange, Defendant, can be reached through counsel of record:

      Eduardo Roberto Rodriguez
      State Bar No. 17144000
      Federal I.D. No. 1944
      Roberto Patrick Rodriguez
      State Bar No. 24002861
      Federal I.D. No. 22949
      1201 East Van Buren
      Brownsville, Texas 78520 and/or
      P.O. Box 2155
      Brownsville, Texas 78522
      Telephone: (956) 542-7441
      Telecopier: (956) 541-2170

      Of Counsel:
      RODRIGUEZ, COLVIN & CHANEY, L.L.P.
      Layne E. Kruse
      State Bar No. 11742550
      Federal I.D. No. 2383
      Richard N. Carrell
      State Bar No. 03871000
      Federal I.D. No. 4473
      Gerard G. Pecht
      State Bar No. 15701800
      Federal I.D. No. 4784
      1301 McKinney, Suite 5100
      Houston, Texas 77010
      Telephone: (713) 651-5151
      Telecopier: (713) 651-5246

      Of Counsel:
      FULBRIGHT & JAWORSKI L.L.P.

Attorneys-in-Charge for Defendants

8. Jose Gutierrez, Defendant, can be reached at his place of business located at 1514 E. Los Ebanos, Brownsville, Texas   78520.

Respectfully Submitted,

*Suzanne M. Schwarz*
Suzanne M. Schwarz
State Bar No. 17872300
Federal I.D. No. 16557

OF COUNSEL:

**LAW OFFICES OF SUZANNE SCHWARZ, P.C.**
P.O. Box 532044
Harlingen, Texas  78553
Tel: (956) 440-0340
Fax: (956) 440-8252
Attorneys-in-Charge for Plaintiffs

Benigno "Trey" Martinez
State Bar No. 00797011
**MARTINEZ, BARRERA,& MARTINEZ, L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520
Tel: (956) 546-7159
Fax: (956) 544-0602

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned attorney, as Attorney-In-Charge, certifies that a true and correct copy of the foregoing instrument has been forwarded to all persons listed below, by certified mail, return receipt requested, on this _November 8_, 2002.

Eduardo Roberto Rodriguez Esq.
Roberto Patrick Rodriguez, Esq.
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

Layne E. Kruse, Esq.
Richard N. Carrell, Esq.
Gerard G. Pecht, Esq.
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010

_Suzanne M. Schwarz_
Suzanne M. Schwarz