IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALBERT PULLEN ET AL., | § § § § § | |
| Plaintiffs, | | |
| V. | § § | C. A. NO. B-02-206 |
| FARMERS GROUP, INC., FARMERS UNDERWRITERS ASSOCIATION, FIRE UNDERWRITERS ASSOCIATION, FARMERS INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGE, AND JOSE GUTIERREZ, | § § § § § § § § § | |
| Defendants. | § | |

## DEFENDANTS' DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

Pursuant to the Court's Order Setting Conference, defendants Farmers Group, Inc., Farmers Underwriters Association, Fire Underwriters Association, Farmers Insurance Exchange, and Fire Insurance Exchange (collectively "defendants") file this list of financially interested parties:

1. Farmers Group, Inc.;

2. Farmers Underwriters Association;

3. Fire Underwriters Association;

4. Farmers Insurance Exchange; and

5. Fire Insurance Exchange.

6. Farmers Group, Inc. is owned by Zurich Group Holding, Allied Zurich Holdings Limited, and six Zurich RegCaPS Limited Partnerships. Zurich Group Holding is owned by Zurich Financial Services and by Allied Zurich, P.L.C. ("Allied Zurich"). Allied Zurich is a wholly owned subsidiary of Zurich Financial Services. Allied Zurich Holdings Limited is owned

30357362.1

Zurich Group Holding and Allied Zurich. The six Zurich RegCaPS Limited Partnerships are controlled by Zurich Insurance Company, as general partner of the partnerships. Zurich Group Holding holds the limited partnership interests. Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding.

Respectfully submitted,

*Eduardo Roberto Rodriguez* w/ permission
M Castain
Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal I.D. No. 1944
Robert Patrick Rodriguez
State Bar No. 24002861
Federal I.D. No. 22949
1201 East Van Buren
Brownsville, Texas 78520 and/or
P.O. Box 2155
Brownsville, Texas 78522
Telephone: 956.542.7441
Telecopier: 956.541.217

Of Counsel:
RODRIGUEZ, COLVIN & CHANEY, L.L.P.

Layne E. Kruse
State Bar No. 11742550
Federal I.D. No. 2383
Richard N. Carrell
State Bar No. 03871000
Federal I.D. No. 4473
Gerard G. Pecht
State Bar No. 15701800
Federal I.D. No. 4784
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Telecopier: 713-651-5246

Of Counsel:
FULBRIGHT & JAWORSKI L.L.P.

Attorneys-in-Charge for Defendants

-3-

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on November __12th__, 2002, by certified mail return receipt requested.

_Eduardo Roberto Rodriguez_
Eduardo Roberto Rodriguez *by permission McBetsey*