IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALBERT PULLEN ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| V. | § | C.A. NO. B-02-206 |
| | § | |
| FARMERS GROUP, INC., FARMERS UNDERWRITERS ASSOCIATION, FIRE UNDERWRITERS ASSOCIATION, FARMERS INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGE, AND JOSE GUTIERREZ, | § § § § § § § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

JAN 03 2003

Michael N. Milby
Clerk of Court

### PLAINTIFFS' WITHDRAWAL OF MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW PLAINTIFFS Albert Pullen and Zonia Pullen, on behalf of themselves and others similarly situated, (hereinafter referred to as "*Plaintiffs*") in the above-styled and numbered cause, and notify the Court and parties that they agree to submit to federal court jurisdiction and therefore withdraw their Motion to Remand.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that this case be placed on the Court's docket for trial and for such other relief as they may show themselves justly entitled.

Respectfully submitted,

*[signature]*
Suzanne M. Schwarz
State Bar No. 17872300
Federal I.D. No. 16557

OF COUNSEL:

**LAW OFFICES OF SUZANNE M. SCHWARZ, P.C.**
Suzanne M. Schwarz
State Bar No. 17872300
Federal I.D. No. 16557
P.O. Box 532044
Harlingen, Texas 78553
Tel: (956) 440-0340
Fax: (956) 440-8252
Attorneys in Charge for Plaintiffs

**MARTINEZ, BARRERA, & MARTINEZ, L.L.P.**
Benigno "Trey" Martinez
State Bar No. 00797011
1201 E. Van Buren
Brownsville, Texas 78520
Tel: (956) 546-7159
Fax: (956) 544-0602
**ATTORNEYS FOR PLAINTIFFS**

### *CERTIFICATE OF SERVICE*

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record by either facsimile, hand-delivery or certified mail, return receipt requested, on _____January 3, 2003_____, as follows:

Eduardo Roberto Rodriguez, Esq.
Roberto Patrick Rodriguez, Esq.
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

Layne E. Kruse, Esq.
Richard N. Carrell, Esq.
Gerard G. Pecht, Esq.
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas   77010

_____
Suzanne M. Schwarz