Jose Gutierrez

CAB-02-206

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]   DATE 3/4/03 AT 1:37 PM

NAME OF SERVER (PRINT) ED H. FINK   TITLE PROCESS SERVER

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: FARMERS INSURANCE, 1514 E. LOS EBANOS, BROWNSVILLE, TEXAS 78520

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

MAR 0 6 2003

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/4/2003       _____
             Date            Signature of Server

Bill McMillon & Associates LC
204 West Ferguson
Suite 108
Pharr, Texas 78577

United States District Court
Southern District of Texas
RECEIVED

MAR 0 6 2003

Michael N. Milby, Clerk of Court

SUBSCRIBED AND SWORN TO ME
ON THE 5 DAY OF MAR 20 03

NOTARY PUBLIC

DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2006

1) As to who may serve a summons see Rule 4 of Federal Rules of Civil Procedure.