# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 03 — 17 — 03 |
| TIME | a.m. / 1:50 p.m.    a.m. / 2:00 p.m. |
| CIVIL ACTION | B — 02 — 206 |
| STYLE | ALBERTO PULLEN, ET AL *versus* FARMERS GROUP, INC. ET AL |



United States District Court
Southern District of Texas
FILED
MAR 17 2003
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;     (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):   Suzanne Michele Schwarz and Trey Martinez
Attorney(s) for Defendant(s)   Richard N. Carroll, Layne Edwin Kruse, and Marjory Batsell

Comments:

    Motions pending: Leave to File Amended Petition. At IPTC, Defs filed Motion to Dismiss, but it was not yet ripe.

    There are a number of state claims and one state case brought by the TX Atty General against the same insurance providers as this case. The state case was filed in Aug. 2002 before this one, which was filed in Sept. 2002 and then removed by defendants. Settlement in the state case occurred on Nov. 30, 2002, but it has not yet been approved by the state courts. The initial state case involved only Homeowners polices under the Fair Credit Report Act. The suit was amended to include auto policy holders. Plaintiffs do not think the settlement will be adequate for auto policy owners. There will be a process for Plaintiffs to opt out of the class in the state action.

    Court will not rule on Motion to File Amended Complaint until such time as settlement is approved and Plaintiffs have definitively decided to opt out of the class in the state case. Time Line: May 19, 2003 is the preliminary hearing on the settlement approval. On approximately July 19, 2003 the final approval hearing will likely occur, but it has not been set.

    June 16, 2003: Plaintiffs to file response to Defs' Motion to Dismiss. They may seek leave to file this response if there is good reason such as they have not received the opt out notice, etc.

    August 1, 2003: By this date, Motion to Dismiss should be ruled on– or Court will hear oral arguments if necessary.