IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALBERT PULLEN ET AL., Plaintiffs, | § § § | |
| v. | § | C. A. NO. B-02-206 |
| FARMERS GROUP, INC., ET AL., Defendants. | § § § § | |

## SCHEDULING ORDER

In accordance with Local Rule CV-16 (S.D. Tex.), the parties submitted proposed scheduling order deadlines. At the Management Conference, plaintiff was represented by Suzanne M. Schwarz and Benigno "Trey" Martinez, and defendants were represented by Marjory Batsell and Layne E. Kruse. The Court enters the following ORDER:

In accordance with the foregoing, the following pretrial deadlines are established:

~~April 7, 2003        Plaintiffs' Response to Defendants' Motion to Dismiss~~

May 26, 2003    Parties will file an amended Rule 26f Conference Report with an amended proposed Scheduling Order, which will report on the status of the approval of the class action settlement in the State Attorney General Suit

June 16, 2003    Plaintiff's Response to Deft's Motion to Dismiss

August 5, 2003 @ 2:00p.m. Scheduling Conference

Other deadlines will be reset after the amended report and new scheduling conference. This Scheduling Order shall not be modified, except by leave of Court upon a showing of good cause, and shall be binding on all parties.

Signed this 25th day of March, 2003.

Hilda Tagle
UNITED STATES DISTRICT JUDGE

30437515.1