IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALBERT PULLEN ET AL., | § | |
| | § | |
| Plaintiffs, | § · | |
| | § | |
| | § | |
| V. | § | C.A. NO. B-02-206 |
| | § | |
| FARMERS GROUP, INC., FARMERS | § | |
| UNDERWRITERS ASSOCIATION, | § | |
| FIRE UNDERWRITERS ASSOCIATION, | § | |
| FARMERS INSURANCE EXCHANGE, | § | |
| FIRE INSURANCE EXCHANGE, AND | § | |
| JOSE GUTIERREZ, | § | |
| | § | |
| Defendants. | § | |

UNOPPOSED MOTION FOR CONTINUANCE OF PLAINTIFFS' RESPONSE DATE
TO DEFENDANT JOSE GUTIERREZ'S MOTION TO DISMISS, OR ALTERNATIVELY,
FOR SUMMARY JUDGMENT AND BRIEF IN RESPONSE

TO THE HONORABLE UNITED STATES JUDGE:

COME NOW ALBERT PULLEN AND ZONIA PULLEN, Plaintiffs in the above entitled

and numbered cause, and file this their Unopposed Motion for Continuance of Plaintiffs' Response

Date to Defendant Jose Gutierrez's Motion to Dismiss, or Alternatively, for Summary Judgment

and Brief in Response, and would show onto the Court the following:

I.

On March 17, 2003, the Court held an Initial Pretrial Conference in the above-referenced

matter. At such hearing, in light of the proposed class action settlement in the State Attorney

General Suit, the Court reset to June 16, 2003 Plaintiff's deadline to respond to Defendants'

Motion to Dismiss as to the Farmers' entities. *See* Exhibit "A."

## II.

After the hearing, the Defendants filed a Motion to Dismiss as to Defendant Jose Gutierrez, the insurance agent for the Plaintiffs. Such Motion to Dismiss has basically the same substantive arguments as in the Motion to Dismiss filed by the Defendant Farmer's entities, including the argument that the claims should be dismissed due to the proposed settlement with the Attorney General.

## III.

Since Plaintiffs will not be able to properly respond until after the settlement hearing with the Attorney General and, in accordance with the Court's Scheduling Order, Plaintiffs' request that their response deadline to Defendant Jose Gutierrez's Motion to Dismiss be continued to June 16, 2003.

## IV.

By reason of the foregoing, undersigned counsel for Plaintiffs' would respectfully request that the Court  grant a continuance of Plaintiffs' Response date to Defendant Jose Gutierrez's Motion to Dismiss, or Alternatively, for Summary Judgment and Brief in Support until June 16, 2003.

## V.

Counsel for Defendants has informed Plaintiffs' counsel that he has no objection to this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs' counsel prays that this Honorable Court grant the foregoing Unopposed Motion for Continuance and reschedule Plaintiffs' Response

date to Defendant Jose Gutierrez's Motion to Dismiss, or Alternatively, for Summary Judgment

and Brief in Response to June 16, 2003.

Respectfully submitted,

Suzanne M. Schwarz
State Bar No. 17872300
Federal I.D. No. 16557

OF COUNSEL:

**LAW OFFICES OF SUZANNE M. SCHWARZ, P.C.**
Suzanne M. Schwarz
State Bar No. 17872300
Federal I.D. No. 16557
P.O. Box 532044
Harlingen, Texas   78553
Tel: (956) 440-0340
Fax: (956) 440-8252
Attorneys in Charge for Plaintiffs

**MARTINEZ, BARRERA, & MARTINEZ, L.L.P.**
Benigno "Trey" Martinez
State Bar No. 00797011
1201 E. Van Buren
Brownsville, Texas 78520
Tel: (956) 546-7159
Fax: (956) 544-0602
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE    -

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record by either facsimile, hand-delivery or certified mail, return receipt requested, on _____April 3, 2003_____, as follows:

Eduardo Roberto Rodriguez, Esq.
Roberto Patrick Rodriguez, Esq.
RODRIGUEZ, COLVIN & CHANEY, L.L.P.  .
1201 East Van Buren
Brownsville, Texas   78520

Carlos Ranier, Esq.
Layne E. Kruse, Esq.
Richard N. Carrell, Esq.
Gerard G. Pecht, Esq.
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas   77010

_____
Suzanne M. Schwarz

## CERTIFICATE OF CONFERENCE

On April 1, 2003, I spoke to Carlos Ranier, attorney for the Defendants, regarding the merits of this Motion. He stated that he was unopposed to the Motion.

_____
Suzanne M. Schwarz

*19.*

IN THE UNITED STATES DISTRICT COURT
FOR *THE* SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALBERT PULLEN  ET AL., <br> Plaintiffs, | § <br> § <br> § | |
| v. | § <br> § | C. A. NO. B-02-206 |
| FARMERS GROUP, INC., ET AL., <br> Defendants. | § <br> § <br> § | |

## SCHEDULING ORDER

In accordance with Local Rule CV-16 (S.D. Tex.), the parties submitted proposed

scheduling order deadlines.   At the Management Conference, plaintiff was represented by

Suzanne M. Schwarz and Benigno "Trey" Martinez, and defendants were represented by

Marjory Batsell and Layne E. Kruse.  The Court enters the following ORDER:

In accordance with the foregoing, the following pretrial deadlines are established:

~~April 7, 2003          Plaintiff's Response to Defendants' Motion to Dismiss~~

May 26, 2003                          Parties will file an amended Rule 26f Conference Report
                                      with an amended proposed Scheduling Order, which will
                                      report on the status of the approval of the class action
                                      settlement in the State Attorney General Suit

June 16, 2003                         Plaintiff's Response to Deft's Motion to Dismiss

August 5, 2003 @ 2:00p.m. Scheduling Conference

Other deadlines will be reset after the amended report and new scheduling conference.

This Scheduling Order shall not be modified, except by leave of Court upon a showing of good

cause, and shall be binding on all parties.

Signed this 25th day of ___March___, 2003.

_____
UNITED STATES DISTRICT JUDGE

30437515.1

EXHIBIT
"A"