IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALBERT PULLEN ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | C.A. NO. B-02-206 |
| § | |
| FARMERS GROUP, INC., FARMERS § | |
| UNDERWRITERS ASSOCIATION, § | |
| FIRE UNDERWRITERS ASSOCIATION, § | |
| FARMERS INSURANCE EXCHANGE, § | |
| FIRE INSURANCE EXCHANGE, AND § | |
| JOSE GUTIERREZ, § | |
| § | |
| Defendants. § | |

## ORDER

On this date came to be heard Plaintiffs' Unopposed Motion for Continuance of Plaintiffs' Response Date to Defendant Jose Gutierrez's Motion to Dismiss, or Alternatively, for Summary Judgment and Brief in Response. The Court, having considered same, is of the opinion that same should be GRANTED. It is therefore,

ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Response Date to Defendant Jose Gutierrez's Motion to Dismiss, or Alternatively, or Summary Judgment and Brief in Response will be continued until June 16, 2003.

SIGNED this ____11____ day of ___April___, 2003.

_____
UNITED STATES DISTRICT JUDGE