24

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALBERT PULLEN, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-206 |
| | § | |
| FARMERS GROUP, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on August 4, 2003, the Court **CANCELLED** the status conference set for August 5, 2003, at 2:00 p.m. Plaintiffs informed the Court in their Unopposed Motion for Continuance on Plaintiffs' Response Date for Defendants' Motions to Dismiss, or Alternatively, for Summary Judgment [Dkt. No. 23], that a hearing date for the final approval of settlement has not yet been set in state court. Additionally, Plaintiffs have not yet determined whether they will opt-out of the settlement currently pending final approval in state court.

In light of the fact that a hearing for final approval of settlement will likely occur sometime in September, the Court **ORDERS** the parties to file a joint status report on or before October 1, 2003. If necessary, the Court will then enter an amended scheduling order.

In addition, for purposes of internal docket management, the Court **DENIES WITHOUT PREJUDICE** the following motions:

Plaintiffs' Motion for Leave to File Fourth Amended Complaint [Dkt. No. 5]
Defendants' Motion to Dismiss [Dkt. Nos. 16-1 & 16-2]
Defendant Jose Gutierrez's Motion to Dismiss [Dkt. Nos. 17-1 &17-2]

1

If necessary, the parties may re-urge these motions once a hearing for the final approval of settlement has been held.

In addition, as a result of the above ruling, the following motions are **MOOTED**:

Defendant Farmer Group, Inc.'s Motion for Leave to File Sur-Reply [Dkt. No. 12]
Plaintiffs' Motion for Continuance of Response Motions [Dkt. No. 23].

DONE at Brownsville, Texas, this 4th day of August, 2003.

Hilda G. Tagle
United States District Judge

2