26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALBERT PULLEN, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-206 |
| FARMERS GROUP, INC., ET AL., | § § § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED, that on October 27, 2003, the Court set a scheduling conference for _April 26, 2004 @ 2:00 p.m._. The parties are **ORDERED** to submit an amended Rule 26(f) Joint Discovery/Case Management Plan fourteen days prior to the scheduling conference.

DONE at Brownsville, Texas, this 27th day of October, 2003.

Hilda G. Tagle
United States District Judge

1