**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| ALBERT PULLEN, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-02-206 |
| § | |
| FARMERS GROUP, INC., ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED, that on April 23, 2004, the Court **CONTINUED** the scheduling conference set for April 26, 2004, at 2:00 p.m. The parties have informed the Court in their Second Supplement to the Joint Case Management Plan [Dkt. No. 27] that an appeal decision is pending concerning the preliminarily-approved settlement class. In light of this appeal, a scheduling/status conference is set for October _25th_, 2004, @ 10:00 Am. If necessary, the Court will then enter an amended scheduling order at that time. Fourteen (14) days prior to this scheduling conference, the parties will submit a joint supplement to their Joint Discovery/Case Management Plan.

DONE at Brownsville, Texas, this 23rd day of April, 2004.

_____
Hilda G. Tagle
United States District Judge

Fax.