

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALBERT PULLEN, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-206 |
| | § | |
| FARMERS GROUP, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED, that on February 8, 2006, the Court **RECONSIDERED** its previous order [Dkt. No. 24] denying without prejudice Defendants' Motion to Dismiss, or Alternatively, for Judgment [Dkt. No. 16], and Defendant Jose Guitierrez's Motion to Dismiss, or Alternatively, for Summary Judgment [Dkt. No. 17].

The power of the Court to entertain an independent action to relieve a party from an order is not limited by the requirements for relief upon motion by a party. Fed. R. Civ. P. 60(b). Defendants Farmers Group, Inc., Farmers Underwriters Association, Farmers Insurance Exchange, and Fire Insurance Exchange ("Farmers Defendants") filed a motion to dismiss on March 17, 2003 [Dkt. No. 16]. Defendant Jose Gutierrez filed a motion to dismiss on March 24, 2003 [Dkt. No. 17]. The Court orally granted an extension of the response date to the Farmers Defendants' motion and granted Plaintiffs' Motion for Continuance of Response Date to Defendant Gutierrez' motion [Dkt. No. 19, 20]. On June 16, 2003, the new deadline for the responses, Plaintiffs filed an unopposed motion requesting additional time to respond [Dkt. No. 23]. The Court denied without prejudice the two motions to dismiss without responding to the motion for continuance or receiving responses to either motion. The Court **SETS ASIDE** the August 4, 2003 order to permit the parties to respond to these motions to dismiss. The response period will be shortened

1

from the usual 20 days provided by Chamber Procedures. The Court **ORDERS** Plaintiffs to respond to Defendants' Motion to Dismiss, or Alternatively, for Judgment [Dkt. No. 16], and Defendant Jose Guitierrez's Motion to Dismiss, or Alternatively, for Summary Judgment [Dkt. No. 17] by February 24, 2006. Any reply by the Defendants must be submitted by March 10, 2006. Following these deadlines, the Court will consider Defendants' motions.

The Court **RECONSIDERS** its order of August 4, 2003 [Dkt. No. 24] denying without prejudice Defendants' Motion to Dismiss, or Alternatively, for Judgment [Dkt. No. 16], and Defendant Jose Guitierrez's Motion to Dismiss, or Alternatively, for Summary Judgment [Dkt. No. 17]. The Court **SETS ASIDE** the August 4, 2003 order. The Court **ORDERS** the District Clerk to label Defendants' Motions to Dismiss as pending motions [Dkt. No. 16, 17]. The Court **ORDERS** the parties to submit any responses by February 24, 2006 and any replies by March 10, 2006.

DONE at Brownsville, Texas, this 8th day of February, 2006.

Hilda G. Tagle
United States District Judge