CAUSE NO. GV202501

| | | |
|---|---|---|
| THE STATE OF TEXAS, THE TEXAS DEPARTMENT OF INSURANCE, AND THE TEXAS COMMISSIONER OF INSURANCE, | § § § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § § | |
| v. | § § § | |
| FARMERS GROUP, INC., FARMERS UNDERWRITERS ASSOCIATION, FIRE UNDERWRITERS ASSOCIATION, FARMERS INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGE, TEXAS FARMERS INSURANCE COMPANY, MID-CENTURY INSURANCE COMPANY OF TEXAS, MID-CENTURY INSURANCE COMPANY, FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY, TRUCK INSURANCE EXCHANGE, AND TRUCK UNDERWRITERS ASSOCIATION; | § § § § § § § § § § § § § § § § § § | OF TRAVIS COUNTY, TEXAS |
| Defendants. | § | 261ST JUDICIAL DISTRICT |

## CLAIM FORM

INSTRUCTIONS (YOU MUST READ THESE INSTRUCTIONS CAREFULLY; IF YOU FAIL TO FOLLOW THESE INSTRUCTIONS, YOU MAY LOSE CERTAIN BENEFITS TO WHICH YOU WOULD OTHERWISE BE ENTITLED):

In order to receive proceeds from the Credit Usage Notice Adjustment Fund, you must complete and mail this Claim Form to Personal Lines Credit Usage Notice Administrator, Farmers Insurance, P.O. Box 149199, Austin, Texas 78714-9199, postmarked on or before the 15th day of May, 2004. IF YOU DO NOT RETURN A CLAIM FORM POSTMARKED BY THIS DEADLINE, YOUR CLAIM WILL BE REJECTED AND YOU WILL BE DEEMED TO HAVE WAIVED ALL RIGHTS TO RECEIVE ANY CONSIDERATION UNDER THIS PORTION OF THE SETTLEMENT. If you do not request exclusion from the Settlement Class, you are

bound by the terms of the Settlement Agreement and Release and Final Judgment entered pursuant to the settlement whether or not you return a Claim Form.

Must Be Postmarked No
Later Than May 15, 2004

Deliver to:    Personal Lines Credit Usage
Notice Administrator
Farmers Insurance
P.O. Box 149199
Austin, Texas 78714-9199

## CLAIM FORM

### A.    PERSONAL INFORMATION

Name (Last)                                    (First, Middle)

Address (Street Name and Number, Apartment Number, If Applicable)

City              State              Zip Code              Daytime Phone #

### B.    HOMEOWNERS' POLICY INFORMATION (If Applicable)

Names(s) of Insured(s), if              Effective Date of Policy(ies)
different from above

Address of Insured Premises              Policy Number(s)

Name of Agent

C.    AUTOMOBILE POLICY INFORMATION (If Applicable)

Names(s) of Insured(s), if
different from above

Effective Date of Policy(ies)

Address of Insured(s), if
Different from above

Policy Number(s)

Name of Agent

Vehicle Identification Number
(VIN) of Insured Vehicle

**D.    YOU MUST ATTACH A NEW CREDIT REPORT FROM THE CONSUMER REPORTING AGENCY (TRANS UNION) INDICATING THAT CORRECTIONS HAVE BEEN MADE TO YOUR ORIGINAL CREDIT REPORT.**

E.    CERTIFICATION UNDER PENALTY OF PERJURY

I hereby affirm and declare under penalty of perjury that:

1.    I have not opted out of the Settlement Classes in this case and will not request exclusion from the Settlement Classes;

2.    I have read and understand the contents of this Claim Form; and

3.    I am voluntarily submitting to the jurisdiction of the 261st Judicial District Court of Travis County, Texas for purposes of this claim.

DATED                                    SIGNED

XJ172993J

Received 07/02/2003 14:55 in 01:54 on line [3] for XQ0479 printed 07/02/2003 14:57 * PM 2/7
JUL. 2.2003  2:57PM                                                    NO.502  P.3/7

NO. GV 202501

| THE STATE OF TEXAS and | § | IN THE DISTRICT COURT |
| THE TEXAS COMMISSIONER OF | § | |
| INSURANCE, | § | |
| Plaintiffs | § | |
| | § | OF TRAVIS COUNTY, TEXAS |
| v. | § | |
| | § | |
| FARMERS GROUP, INC., ET. AL | § | |
| Defendants. | § | 261ST JUDICIAL DISTRICT |

### NOTICE OF APPEAL OF IAN LUBIN,
### GILBERTO VILLANUEVA AND MICHAEL PALADINO

TO THE HONORABLE SCOTT JENKINS, JUDGE OF THE 53RD DISTRICT COURT:

COME NOW Ian Lubin, Gilberto Villanueva and Michael Paladino (hereinafter "Intervenors"), Intervenors in the above-styled and numbered cause, and, pursuant to Tex. R. App. P. 25.1, file this Notice of Appeal, and in connection therewith would show the following:

1.    Trial Court/Cause Number [Tex.R.App.P. 25.1(d)(1)].

GV 202501; The State of Texas and The Texas Commissioner of Insurance v. Farmers Group, Inc., Farmers Underwriters Association, Fire Underwriters Association, Farmers Insurance Exchange, and Fire Insurance Exchange, Texas Farmers Insurance Company, Mid-Century Insurance Company of Texas, Mid-Century Insurance Company, Truck Insurance Exchange, Truck Underwriters Association, and Farmers Texas Mutual Insurance Company— 261st Judicial District Court of Travis County, Texas.

2.    Date of Judgment/Appealable Orders [Tex.R.App.P. 25.1(d)(2)].

(a)    Order of Preliminary Approval dated June 27, 2003, granting class certification and all orders, rulings, findings, and conclusions made in connection therewith.

(b)    Order Denying Intervenors' Request to Stay the Sending of Class Notice dated July 1, 2003.

3.    Statement of Desire to Appeal [Tex.R.App.P. 25.1(d)(5)].

Intervenors Ian Lubin, Gilberto Villanueva and Michael Paladino desire to appeal the trial court's orders set forth in paragraph 2 above.

EXHIBIT

Received 07/02/2003 14:55 in 31:44 on line (8) for XCC4796 printed 07/22/2003  14:57 · Pg 3/7
JUL. 2.2003   2:57PM                                                        NO.508   P.3/7

4.    Appellate Court [Tex.R.App.P. 25.1(d)(4)].

       This appeal is taken to the Third Court of Appeals at Austin.

5.    Parties to Notice [Tex.R.App.P. 25.1(d)(5)].

       This notice is being filed by Intervenors Ian Lubin, Gilberto Villanueva and
       Michael Paladino.

6.    Accelerated Appeal Status [Tex.R.App.P. 25.1(d)(6)].

       This appeal is accelerated.

7.    Restricted Appeal Status [Tex.R.App.P. 25.1(d)(7)].

       This appeal is not restricted.

                              Respectfully submitted,

                              IAN LUBIN, INTERVENOR

                              LONGLEY & MAXWELL, LLP
                              1609 Shoal Creek Blvd. #100 (78701)
                              P. O. Box 12667
                              Austin, Texas 78711
                              512-477-4444 PHONE
                              512-477-4470 FAX


                              Joe K. Longley
                              State Bar No. 12542000
                              Philip K. Maxwell
                              State Bar No. 13254000

                              STEPHEN McCLEERY
                              Attorney at Law
                              State Bar No. 13395500
                              3212 Bonnie Road
                              Austin, Texas 78703
                              512-481-9257 PHONE and FAX

2

received 07/02/2003 14:55 in 01:44 on line 161 for XG04796 printed 07/02/2003 14:57 * Pg 4/7
JUL. 2.2003    2:57PM                                                   NO.502    P.4/7

GALLAGHER, LEWIS, DOWNEY & KIM
Michael T. Gallagher
State Bar No. 07586000
Dan Downey
State Bar No. 06085400
Bank of America Building
700 Louisiana, 40th Floor
Houston, Texas 77002
PHONE: (713) 222-8080
FAX: (713) 222-0066

ATTORNEYS FOR INTERVENOR IAN LUBIN

Respectfully submitted,

GILBERTO VILLANUEVA AND MICHAEL
PALADINO, INTERVENORS

BURROW & PARROTT, LLP

David Burrow
State Bar No. 03468000
Alice Oliver-Parrott
State Bar No. 20210800
1301 McKinney, Suite 3500
Houston, Texas 77010-3092
713-222-6333 (phone)
713-650-6333 (fax)

HECK, REDDEN & SECREST, LLP
Joe W. Redden, Jr.
State Bar No. 16660600
W. Carl Webb
State Bar No. 21035900
1221 McKinney Street, Suite 4500
Houston TX 77010-2010
713-951-3700 PHONE
713-951-3720 FAX

3

Received 07/02/2003 14:53 in 01:44 on line (6) for XXC4996 printed 07/02/2003  14:57 * Pg 5/7
JUL. 2.2003    2:57PM                                                      NO.508    P.5/7

DAVIS & DAVIS
John A. Davis, Jr.
State Bar No. 05512300
Steven R. Davis
State Bar No. 00789947
R. Martin Weber, Jr.
State Bar No. 00791895
5847 San Felipe, Suite 1275
Houston TX 77057
713-781-5200 PHONE
713-781-2235 FAX

MALONEY, JEFFERSON & DUGAS
Pat Maloney, Jr.
State Bar No. 1288730
The Maloney Building
239 East Commerce Street
San Antonio TX 78205
210-226-8888 PHONE
210-222-8477 FAX

MALONEY, JEFFERSON & DUGAS
Dwight Jefferson
State Bar No. 10605600
12 Greenway Plaza, Suite 1550
Houston TX 77046
713-993-0399 PHONE
713-993-0553 FAX

MARTIN & CUKJATI, LLP
Curt L. Cukjati
State Bar No. 05207540
Troy Martin
State Bar No. 13108300
Corey Davidson
State Bar No. 00793586
333 Convent Street
San Antonio TX 78205
210-223-2627 PHONE
210-223-5052 FAX

SKEPNEK LAW FIRM, P.A.
William J. Skepnek
State Bar No. 00790054 (Texas)
900 Massachusetts, Suite 601
Lawrence, KS 66044
785-331-0300 PHONE
785-331-0303 FAX

4

received 07/02/2003 14:55 in 01:44 on line (5) for X804996 printed 07/02/2003 14:57 * Pg 4/7
JUL. 2.2003   2:56PM                                              NO.568   P.5/7

LAW OFFICES OF STEVEN M. SMOOT
Steven M. Smoot
State Bar No. 18774300
5847 San Felipe, Suite 1275
Houston TX 77057
713-266-1113 PHONE
713-781-2235 FAX

ATTORNEYS FOR INTERVENORS GILBERTO
VILLANUEVA AND MICHAEL PALADINO

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served by facsimile transmission on the following counsel of record on this the 2nd day of July, 2003:

Richard N. Carrell                      David C. Mattax
Gerard G. Pecht                         Chief, Financial Litigation Division
David Wilks Corban                      James R. Wenzel
Fulbright & Jaworski, LLP               Assistant Attorney General
1301 McKinney, Suite 5100               Consumer Protection Division
Houston TX 77010-3095                   Insurance Practices Section
                                        P. O. Box 12548
                                        Austin TX 78711-2548
M. Scott Incerto
Mary S. Diesz                           Joseph C. Blanks
Fulbright & Jaworski, LLP               Joseph C. Blanks, P.C.
600 Congress Avenue, Suite 2400         PO Box 999
Austin TX 78701                         Doucette, TX 75942

Philip K. Maxwell

5

Received 07/15/2003 15:41 in 01:44 on line (4) for LSD0425 Printed 07/15/2003 15:41 * Pg 2/3
Fulbright (AG)          7/15/03      4:40:  PAGE  2/3    RightFAX
Banks                   ☎ 405-607-9045              32745CO     0315:52    CL2

No. GV-202501

| | | |
|---|---|---|
| THE STATE OF TEXAS and TEXAS COMMISSIONER OF INSURANCE, | § | IN THE DISTRICT COURT |
| Intervenors. | § | |
| v. | § | OF TRAVIS COUNTY |
| FARMERS GROUP, INC., *et al,* | § | |
| Defendants. | § | 251st JUDICIAL DISTRICT |

No. GN-203156

| | | |
|---|---|---|
| FARMERS INSURANCE EXCHANGE And FIRE INSURANCE EXCHANGE, | § | IN THE DISTRICT COURT |
| Intervenors, | § | |
| v. | § | OF TRAVIS COUNTY |
| JOSE MONTEMAYOR, individually and in His capacity as TEXAS COMMISSIONER OF INSURANCE and TEXAS DEPARTMENT OF INSURANCE | § § | 353rd JUDICIAL DISTRICT |

## GERALD HOOKS AND LESLY K. HOOKS'
## NOTICE OF APPEAL

TO THE HONORABLE SCOTT H. JENKINS JUDGE OF 53rd DISTRICT COURT:

GERALD HOOKS and LESLY K. HOOKS, Intervenors, file this Notice of Appeal pursuant to Texas Civil Practice and Remedies Code §51.014(a)(3), Texas Insurance Code Article 21.21 Section 18(d), Texas Rule of Civil Procedure 42 and Texas Rules of Appellate Procedure 28.1 and 25.1.

GERALD HOOKS and LESLEY HOOKS wish to appeal in its entirety the *Order of Preliminary Approval* and all orders, rulings, findings and conclusions made in connection therewith in the above-styled and numbered cause to the Third Court of Appeals at Austin, Texas.

The *Order of Preliminary Approval* was entered on June 27, 2003. This appeal is accelerated. This appeal is not restricted.

1

Received 07/15/2003 15:41 in 01:44 on line [9] for LS00426 Printed 07/15/2003  16:11 • Pg 3/3
Fulbright (AO)        7/15/03    4:40!  PAGE  3/3    RightFAX
Blank                 ☎ 409-227-9045                          217540   01820   200

Post Office Drawer 999
DOUCETTE, TEXAS 75942
(409)837-9707 FAX 837-9045
Texas Bar No. 02456770
S.D.Tex. #2110

Respectfully submitted

_____Joseph C. Blanks_____
Joseph C. Blanks
Attorney for Hooks Intervenors

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2003, a true and correct copy of the foregoing Notice of Appeal was been served by mailing, by certified mail, postage prepaid at Doucette, Texas and addressed to Messrs. Mattox and Carrell, et al. and by telecopier 7/15/03 to the following persons:

Gerard Pecht, Richard N. Carrell
Layne E. Kruse
FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77020-3096

M. Scott Incerto
Mary Schaerdel Dietz
FULBRIGHT & JAWORSKI, L.L.P.
600 Congress Avenue – Suite 2400
Austin, Texas 78701

David Burrow
Alice Oliver-Parrott
BURROW & PARROTT, L.L.P.
1301 McKinney – Suited 3500
Houston, Texas 77010-3092

John A. & Steven R. Davis,
R. Martin Weber, Jr.
DAVIS & DAVIS
5847 San Felipe – Suite 3275
Houston, Texas 77057

Dwight Jefferson
MALONEY, JEFFERSON & DUGAS
12 Greenway Plaza – Suite 1550
Houston, Texas 77046

Curt L. Cukjati & Trey Martin
Corey Davidson
MARTIN & CUKJATI, L.L.P.
333 Convent Street
San Antonio, Texas 78205

David G. Mattax
Division Chief Financial Litigation
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548

Joe K. Longley
Phillip K. Maxwell
LONGLEY & MAXWELL, L.L.P.
1609 Shoal Creek Blvd. – Suite 100
Austin, Texas 78701

Joe W. Redden, Jr.
W. Curt Webb
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney Street – Suite 4500
Houston, Texas 77010-2010

Pat Maloney, Jr.
MALONEY, JEFFERSON & DUGAS
The Maloney Building
239 East Commerce Street
San Antonio, Texas 78205

William J. Skepnek
SKEPNEK LAW FIRM, P.A.
900 Massachusetts – Suite 601
Lawrence, Kansas 66044

Steven M. Smoot
LAW OFFICE OF STEVEN M. SMOOT
5847 San Felipe – Suite 3275
Houston, Texas 77057

2

| Appellate Docket Number: _____ |
|---|

**Appellate Case Style:**

Gerald Hooks, Jr. and Lesly K. Hooks

v.

Farmers Group, Inc., et al.

**DOCKETING STATEMENT (CIVIL)**
Third Court of Appeals
[to be filed in the court of appeals upon perfection of appeal
under TRAP 32]

**I.    Parties (TRAP 32.1(a), (e)):**

| Appellant(s): | Appellee(s): |
|---|---|
| Gerald Hooks, Jr. and Lesly K. Hooks | Farmers Group, Inc., Farmers Insurance Exchange, Fire Insurance Exchange, and Fire Underwriters Association |
| *(See note at bottom of page)* | *(See note at bottom of page)* |
| Attorney (lead appellate counsel): <br><br> Joseph C. Blanks | Attorney (lead appellate counsel, if known; if not then trial counsel): <br><br> Richard N. Carrell |
| Address (lead counsel): <br><br> Joseph C. Blanks, P.C. <br> P.O. Drawer 999 <br> Doucette, Texas 75942 | Address (lead appellate counsel, if known; if not then trial counsel): <br><br> Fulbright & Jaworski, L.L.P. <br> 1301 McKinney, Suite 5100 <br> Houston, Texas 77010 |
| Telephone: (409) 837-9707 (include area code) | Telephone: (713) 651-5151 (include area code) |
| Telecopy: (409) 837-7045 (include area code) | Telecopy: (713) 651-5246 (include area code) |
| SBN (lead counsel): 02456770 | SBN (lead counsel): 03871000 |

If not represented by counsel, provide appellant's/appellee's address, telephone number, and telecopy number.
On Attachment 1, or a separate attachment if needed, list the same information stated above for any additional parties to the trial court's judgment.

No Transmission Information Available    in 38 lics (D) for -00579: Printed 07/15/2003   17:17 0 32 1/10

Additional Parties to the trial court's judgment & known counsel of record:

Farmers Group, Inc., et al
Gerard Pecht, Richard N. Carrell
Layne E. Kruse
FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77020-3096
713-651-5151
Fax 713-651-5246

Farmers Group, Inc., et al
M. Scott Incerto
Mary Schserdel Dietz
FULBRIGHT & JAWORSKI, L.L.P.
600 Congress Avenue – Suite 2400
Austin, Texas 78701
Phone:
Fax: 512-536-4598

David Burrow
Alice Oliver-Parrott
BURROW & PARROTT, L.L.P.
1301 McKinney – Suited 3500
Houston, Texas 77010-3092
Phone: 713-222-6333
Fax: 713-650-6333

John A. & Steven R. Davis,
R. Martin Weber, Jr.
DAVIS & DAVIS
5847 San Felipe – Suite 3275
Houston, Texas 77057
Phone: 713-781-5200
Fax: 713-781-8477

Dwight Jefferson
MALONEY, JEFFERSON & DUGAS
12 Greenway Plaza – Suite 1550
Houston, Texas 77046
Phone: 713-993-0399
Fax: 713-993-0533

Curt L. Cukjati & Trey Martin
Corry Davidson
MARTIN & CUKJATI, L.L.P.
333 Convent Street
San Antonio, Texas 78205
Phone: 210-223-2627
Fax: 210-223-5052

State of Texas
David G. Mattax
Division Chief Financial Litigation
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Phone: 512-936-1309
Fax: 512-477-2548

Intervenor Jan Lubin
Joe K. Longley
Phillip K. Maxwell
LONGLEY & MAXWELL, L.L.P.
1609 Shoal Creek Blvd. – Suite 100
Austin, Texas 78701
Phone: 512-477-4444
Fax: 512-477-4470

Intervenors Villanuevo & Paladino
Joe W. Redden, Jr.
W. Curt Webb
BECK REDDEN & SECREST, L.L.P.
1221 McKinney Street – Suite 4500
Houston, Texas 77010-2010
Phone: 713-951-3700
Fax: 713-951-3720

Pat Maloney, Jr.
MALONEY, JEFFERSON & DUGAS
The Maloney Building
239 East Commerce Street
San Antonio, Texas 78205
Phone: 210-226-8888
Fax: 210-222-8477

William J. Skepnek
SKEPNEK LAW FIRM, P.A.
900 Massachusetts – Suite 501
Lawrence, Kansas 66044
Phone: 785-331-0300
Fax: 785-331-0303

Steven M. Smoot
LAW OFFICE OF STEVEN M. SMOOT
5847 San Felipe – Suite 3275
Houston, Texas 77057
Phone: 713-266-1113
Fax: 713-781-2235

No translation information available    in on list (s) for 2003991 Printed 07/16/2003  17:37 p is 3/10

---

II.    Perfection Of Appeal And Jurisdiction (TRAP 32.1(b), (c), (g), (j)):

Appellants Gerald Hooks Jr. and Lesly K. Hooks filed its notice of appeal in the trial court on July 15, 2003, pursuant to Tex. Civ. Prac & Rem. Code §51.014(a)(3) Texas Insurance Code Article 21.21 Section 18(d), Texas Rule of Civil Procedure 42 and Texas Rules of Appellate Procedure 23.1 and 25.1. From the entirety of the *Order of Preliminary Approval* and all orders, rulings, findings and conclusions made in connection therewith. The *Order of Preliminary Approval* was entered on June 27, 2003.

(Please specify statutory or other basis on which appeal is accelerated)

Tex. R. App. P. 28.1, Tex. Civ. Prac. & Rem. Code § 51.014(a)(3).

Date order or judgment signed:

June 27, 2003

(copy attached)

What type of judgment? (e.g., jury trial, bench trial, summary judgment, directed verdict, other (specify))

Order certifying a settlement class entered pursuant to Tex. R. Civ. P. 42 and Texas Insurance Code Section 21.21 Section 17 and 18.

Date notice of appeal filed in trial court

July 15, 2003

(copy attached)

Interlocutory appeal of appealable order:
Yes X        No

(Please specify statutory or other basis on which interlocutory order is appealable) *(See TRAP 28)*

Tex. Civ. Prac. & Rem § 51.014(a)(3) and Texas Insurance Code 21.21 Section 18(d)

Accelerated appeal *(See TRAP 28)*:

Yes X        No ____

Appeal that receives precedence, preference, or priority under statute or rule?

Yes ____        No X

(Please specify statutory or other basis for such status)

III.    Actions Extending Time To Perfect Appeal (TRAP 32.1(d)):

| Action | Filed<br>Check as appropriate | | Date Filed |
|---|---|---|---|
| Motion for New Trial | No X | Yes | |
| Motion to Modify Judgment | No X | Yes | |
| Request for Findings of Fact and Conclusions of Law | No X | Yes | |
| Motion to Reinstate | No X | Yes | |
| Motion under TRCP 306a | No X | Yes | |
| Other (specify): | No X | Yes | |

| IV.    Indigency Of Party (TRAP 32.1(k)): (Attach file-stamped copy of affidavit) | | | |
|---|---|---|---|
| Event | Filed<br>Check as appropriate | Date | N/A |

No Transmission Information Available   Printed 07/14/2003  17:37:175 4/10

| Affidavit filed | No | Yes | | | X |
|---|---|---|---|---|---|
| Contest filed | No | Yes | | | X |
| Date ruling on contest due: | | | | | X |
| Ruling on contest<br>Sustained    Overruled | | | | | X |

**V.     Bankruptcy (TRAP 3):**

Will the appeal be stayed by bankruptcy?   No          Date bankruptcy filed?

Name of bankruptcy court                            Bankruptcy Case No.:

Style of bankruptcy case:

---

**VI.     Trial Court And Record (TRAP 32.1(c), (D). (1)):**

| Court            County: | | Trial Court Docket Number<br>(Cause No.): |
|---|---|---|
| 261st Judicial District     Travis | | GV-202,501 |

| Trial Judge (who tried or disposed of case): | Court Clerk (district clerk): |
|---|---|
| Judge Scott Jenkins | La Conia "Connie" Jefferson |
| Telephone Number: 512/854-9308<br>(include area code) | Telephone Number: 512/854-5834<br>(include area code) |
| Telecopy Number: 512/854-9332<br>(include area code)<br>Address:     1000 Guadalupe<br>                 Austin, Texas 78767 | Telecopy Number: 512/854-9332<br>(include area code)<br>Address:     1000 Guadalupe<br>                 Austin, Texas 78767 |

| Clerk's Record | Sworn copy for<br>accelerated appeal | Will request<br><br>(Note: No request required<br>under TRAP 34.5(a), (b)) | Was requested on: |
|---|---|---|---|
| Req'd by intervenors | Yes<br><br>(See TRAP 23.3) | | July 7, 2003, et seq. |

---

Court Reporter or Court Recorder:
Chavela Prince - Court Reporter
Telephone Number: 512/854-9322 (include area code)
Court Reporter or Court Recorder:
Telecopy Number: 512/854-9332 (include area code)
Telephone Number:
(include area code)
Address:
1000 Guadalupe
Austin, Texas 78767
Telecopy Number:
(include area code)                          Address

(Attach additional sheet if necessary for additional court reporters/recorders)

No Transmission Information Available   (illegible)   for XXXXX Printed (illegible)

| Length of certification hearing (approximate): | State arrangements made for payment of court reporter/recorder: |
|---|---|
| Five days | not made by this party |
| Reporter's or Recorder's Record (check if electronic recording  ) | Will request    Was requested on:<br><br>July 7, 2003 by Mr. Longley |

VII.    Nature Of The Case (TRAP 32.1(f)) (Subject matter or type of case: E.g., personal injury, breach of contract, workers' compensation, condemnation, DTPA, employment/labor, family code, juvenile, malpractice, probate, UCC, tax, oil & gas, real property or temporary injunction):

The trial court certified a mandatory statewide settlement class pursuant to Rule 42(b)(2) and Texas Insurance Code Art. 21.21 sections 17 and 18.

| VIII.    Supersedeas Bond (TRAP 32.1(1)): | None | Will file | Was filed on: |
|---|---|---|---|
| | X | | |

IX.    Extraordinary Relief:

Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court? Yes X  No __  If yes, briefly state the basis for your
    Appellant will request that this Court enter an Order staying the proceedings below pending resolution of this appeal.

X.    Alternative Dispute Resolution/Mediation (if applicable) (As of 8/19/97, these programs exist in the 1st (Houston), 3rd (Austin), 4th (San Antonio), 5th (Dallas), 9th (Beaumont), 13th (Corpus Christi), and 14th (Houston)). (Use additional sheets, if necessary).

1.    Should this appeal be referred to mediation? If not, why not.

    This matter is not amenable to mediation.

2.    Has the case been through an ADR procedure in the trial court?

    Yes, prior to intervention by the Hooks.

If yes, answer the following:

a.    Who was the mediator?    Unknown to Hooks, but believed to be a State Senator.

b.    What type of ADR procedure?   An informal mediation, on information and belief.

c.    At what stage did the case go through ADR?    Pre-trial

d. Rate the case for complexity. Use 1 for the least complex and 5 for the most complex. Circle one.

1     2     3     4     **5**

e. Can the parties agree on an appellate mediator?   If yes, give name, address, and telephone and telecopy numbers (with area code.)   NO.

f. Languages other than English in which the mediator should be proficient

Not applicable.

XI. Related Matters: List any pending or past related appeals or original proceedings (e.g. mandamus, injunction, habeas corpus) before this or any other Texas appellate court by court docket number, and style.

Case No. 03-03-00574; *Jan Lubin, Gilberto Villanueva and Michael Paladino v. Farmers Group, Inc. et al.*; In the Court of Appeals for the Third District of Texas.

XII. Any other information requested by the court (see attachments, if any).

XIII. Signature:

___Joseph C Blanks___         Date: July 16, 2003
Signature of Counsel
State Bar No.: 02456770

Printed Name: Joseph C. Blanks

No Transmission Information Available

**XIV. Certificate of Service:** The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on July 16, 2003.

Gerard Pecht, Richard N. Carrell
Layne E. Kruse
FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77020-3096

David G. Matax
Division Chief Financial Litigation
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548

M. Scott Incerto
Mary Schaerdel Dietz
FULBRIGHT & JAWORSKI, L.L.P.
600 Congress Avenue – Suite 2400
Austin, Texas 78701

Joe K. Longley
Phillip K. Maxwell
LONGLEY & MAXWELL, L.L.P.
1609 Shoal Creek Blvd. – Suite 100
Austin, Texas 78701

David Burrow
Alice Oliver-Parrott
BURROW & PARROTT, L.L.P.
1301 McKinney – Suite d 3500
Houston, Texas 77010-3092

Joe W. Redden, Jr.
W. Curt Webb
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney Street – Suite 4500
Houston, Texas 77010-2010

John A. & Steven R. Davis,
R. Martin Weber, Jr.
DAVIS & DAVIS
5847 San Felipe – Suite 3275
Houston, Texas 77057

Pat Maloney, Jr.
MALONEY, JEFFERSON & DUGAS
The Maloney Building
239 East Commerce Street
San Antonio, Texas 78205

Dwight Jefferson
MALONEY, JEFFERSON & DUGAS
12 Greenway Plaza – Suite 1550
Houston, Texas 77046

William J. Skepnek
SKEPNEK LAW FIRM, P.A.
900 Massachusetts – Suite 601
Lawrence, Kansas 66044

Curt L. Cukjati & Trey Martin
Conry Davidson
MARTIN & CUKJATI, L.L.P.
333 Convent Street
San Antonio, Texas 78205

Steven M. Smoot
LAW OFFICE OF STEVEN M. SMOOT
5847 San Felipe – Suite 3275
Houston, Texas 77057

_____Joseph C Blanks_____
Signature

(TRAP 9.5(e) requirements stated below, use additional sheets if necessary)

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-03-00374-CV

Ian Lubin, Gilberto Villanueva, and Michael Paladino, Appellants

v.

Farmers Group, Inc.; Farmer Underwriters Association; Fire Underwriters Association;

Farmers Insurance Exchange; Fire Insurance Exchange; Texas Farmers Insurance Company, Mid-Century Insurance Company of Texas; Mid-Century Insurance

Company; et al, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. GV202501, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

ORDER

PER CURIAM

Appellants seek an emergency stay of the sending of notices to the class preliminarily certified below by the district court until this Court rules in this interlocutory appeal. Because the district court's preliminary certification of a settlement-only class will cause immediate, significant and potentially irreparable effects in this case and to prevent interference or impairment with this Court's jurisdiction or the effectiveness of any appellate relief we may subsequently grant, the Order of Preliminary Approval, signed by the district court on June 27, 2003, is hereby stayed in all respects until further order of this Court.

EXHIBIT

C

It is ordered on this the 7th day of July, 2003.


Before Justices B. A. Smith, Yeakel and Puryear

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ALBERT PULLEN  ET AL.,                §
      Plaintiffs,                  §
                            §
v.                                    §     C. A. NO. B-02-206
                            §
FARMERS GROUP, INC., ET AL.,          §
      Defendants.                  §

## AMENDED SCHEDULING ORDER

In accordance with Local Rule CV-16 (S.D. Tex.), the parties submitted proposed scheduling order deadlines.  The Court enters the following ORDER:

In accordance with the foregoing, the following pretrial deadlines are established:

| | |
|---|---|
| September ___, 2006 | Parties will file an amended Rule 26f Conference Report with an amended proposed Scheduling Order, which will report on the status of the approval of the class action settlement in the State Attorney General Suit |
| October ___, 2006 at ____ a.m. | Scheduling Conference |

Other deadlines will be reset after the amended report and new scheduling conference. This Scheduling Order shall not be modified, except by leave of Court upon a showing of good cause, and shall be binding on all parties.

Signed this __ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO AS TO FORM:

_Suzanne M. Schwarz_
Suzanne M. Schwarz
State Bar No. 17872300

30417085.6

EXHIBIT
D

LAW OFFICES OF SUZANNE SCHWARZ, P.C.
P.O. Box 532044
Harlingen, Texas 78553
Telephone:  956.440.0340
Telecopier:  956.440.8252
AND
Benigno "Trey" Martinez
State Bar No. 00797011
Federal I.D. No. 23945
MARTINEZ, BARRERA & MARTINEZ, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
Telephone:  956.546.7156
Telecopier:  956.544.0602
ATTORNEYS-IN-CHARGE FOR PLAINTIFFS


*Eduardo Roberto Rodriguez*                    *By Suzanne Schwarz*
Eduardo Roberto Rodriguez                    *with permission from*
State Bar No. 17144000                          *Carlos Nauice*
Robert Patrick Rodriguez
State Bar No. 24002861
1201 East Van Buren
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
Brownsville, Texas 78520  and/or
P.O. Box 2155
Brownsville, Texas 78522
Telephone: 956.542.7441
Telecopier: 956.541.2170
AND
Layne E. Kruse
State Bar No. 11742550
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:  713-651-5151
Telecopier:  713-651-5246
ATTORNEYS-IN-CHARGE FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALBERT PULLEN  ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C. A. NO. B-02-206 |
| | § | |
| FARMERS GROUP, INC., ET AL., | § | |
| Defendants. | § | |

## AMENDED SCHEDULING ORDER

In accordance with Local Rule CV-16 (S.D. Tex.), the parties submitted proposed scheduling order deadlines.  The Court enters the following ORDER:

In accordance with the foregoing, the following pretrial deadlines are established:

September ___, 2006          Parties will file an amended Rule 26f Conference Report with an amended proposed Scheduling Order, which will report on the status of the approval of the class action settlement in the State Attorney General Suit

October ___, 2006 at ____ a.m.     Scheduling Conference

Other deadlines will be reset after the amended report and new scheduling conference. This Scheduling Order shall not be modified, except by leave of Court upon a showing of good cause, and shall be binding on all parties.

Signed this __ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE


AGREED TO AS TO FORM:


_____
Suzanne M. Schwarz
State Bar No. 17872300

30417085.6

LAW OFFICES OF SUZANNE SCHWARZ, P.C.
P.O. Box 532044
Harlingen, Texas 78553
Telephone:  956.440.0340
Telecopier:  956.440.8252
AND
Benigno "Trey" Martinez
State Bar No. 00797011
Federal I.D. No. 23945
MARTINEZ, BARRERA & MARTINEZ, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
Telephone:  956.546.7156
Telecopier:  956.544.0602
ATTORNEYS-IN-CHARGE FOR PLAINTIFFS


_Eduardo Roberto Rodriguez_

Eduardo Roberto Rodriguez        _By Suzanne Schwarz_
State Bar No. 17144000           _with permission from_
Robert Patrick Rodriguez         _Carlos Naviar_
State Bar No. 24002861
1201 East Van Buren
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
Brownsville, Texas 78520  and/or
P.O. Box 2155
Brownsville, Texas 78522
Telephone: 956.542.7441
Telecopier: 956.541.2170
AND
Layne E. Kruse
State Bar No. 11742550
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:  713-651-5151
Telecopier:  713-651-5246
ATTORNEYS-IN-CHARGE FOR DEFENDANTS