IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALBERT PULLEN ET AL., | § § § | |
| Plaintiffs, | § § § | |
| V. | § § | C.A. NO. B-02-206 |
| FARMERS GROUP, INC., FARMERS UNDERWRITERS ASSOCIATION, FIRE UNDERWRITERS ASSOCIATION, FARMERS INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGE, AND JOSE GUTIERREZ | § § § § § § § § | |
| Defendants. | | |

## ORDER

On the date set forth below came on to be considered *Defendants' Motion to Dismiss or, Alternatively, Motion for Summary Judgment.* The Court, having considered same, is of the opinion that same should be DENIED. It is therefore,

ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Dismiss or, Alternatively, Motion for Summary Judgment is DENIED.

DONE this _____ day of _____, 2006, in Brownsville, Texas.

_____
UNITED STATES DISTRICT COURT JUDGE