CAUSE NO. 2002-05-2123-C

| | | |
|---|---|---|
| ALBERTO AND ZONI PULLEN INDIVIDUALLY, AND ON BEHALF OF MINOR ANA FRANCES PULLEN, SOFIA PULLEN, AND MARIA CRISTINA PULLEN | § § § § § § | IN THE DISTRICT COURT |
| VS. | § § | 197TH JUDICIAL DISTRICT |
| FARMERS INSURANCE GROUP JOSE GUTIERREZ INSURANCE JOSE GUTIERREZ, J. P. MEUTH | § § § | CAMERON COUNTY, TEXAS |

## SETTLEMENT AGREEMENT AND GENERAL RELEASE

KNOW ALL PERSONS BY THESE PRESENTS THAT:

This Settlement Agreement and General Release (hereinafter referred to as "Release"), made by and between Alberto and Zonia Pullen, Individually and on Behalf of Minor Ana Frances Pullen, Sofia Pullen and Maria Cristina Pullen (hereinafter referred to as "Plaintiffs/Releasors"), and Farmers Insurance Group a/k/a Farmers Insurance Exchange, Jose Gutierrez Insurance, Jose Gutierrez, and J.P. Meuch (hereinafter referred to as Defendants/Releasees), is to witness the following:

WHEREAS:

Plaintiffs/Releasors brought a lawsuit against Defendants/Releasees seeking damages and such further relief to which Plaintiffs/Releasors allege they are justly entitled for Defendants'/Releasees' alleged conduct and/or actions with respect to a claim and/or claims made by Plaintiffs/Releasors for any and all mold, water damage, foundation damages, plumbing leaks, property damages, roof damages and/or leaks, air conditioning damages and/or leaks and cosmetic damages to the dwelling located at 1734 Honeydale Road,

1



Brownsville, Texas and personal goods at that dwelling, under Homeowners Policy No. 0921239513 and Claim No. P6 104197 and other pending claims, with the original dates of loss reported to be on or about September 26, 2001, and as set forth in Plaintiffs' pleadings. Plaintiffs/Releasors' pleadings alleged that Defendants/Releasees was liable for violations of the Texas Deceptive Trade Practices Act, violations of the Texas Insurance Code, including violations of Articles 21.21 and 21.55 of the Texas Insurance Code, breach of contract, recovery under a policy of insurance, bad faith, breaches of the covenant of good faith and fair dealing, fraud, negligent misrepresentation and conspiracy. Plaintiffs'/Releasors' pleadings alleged that Defendants/Releasees were liable for actual damages, penalties, attorneys' fees, actual damages, punitive damages, consequential damages, statutory damages, additional living expenses, 18% per year penalty, additional damages, exemplary damages, personal injury damages, including mental anguish, pain and suffering, past and future, medical expenses, past and future, loss of use and enjoyment of the home, costs of suit, statutory penalties, and prejudgment and post judgment interest. Defendants/Releasees deny and continue to deny all allegations and any and all liability for same.

Plaintiffs/Releasors and Defendants/Releasees have agreed to settle all of the claims made the basis of the above-captioned lawsuit, and any other claims necessarily filed in order to consummate this settlement. Plaintiffs/Releasors agree that as to Defendants/Releasees that all claims are being released and all Additional Living Expenses (ALE) are being released and no further ALE will be due and owing and any and all ALE amounts are included in this Settlement Agreement and General Release. The claims which are contemplated by this Settlement Agreement and General Release include, but are not limited to, any and all mold, domestic water leaks, roof damages or leaks, sewer drain leaks,

2

air conditioning damages and/or leaks, shower pan leaks, hot water heater leaks, or other plumbing leaks or repairs, cosmetic and/or foundation repairs and/or mold remediation and/or repairs and/or work performed or to be performed to the Plaintiffs'/Releasors' property, all mold damages, water damage, plumbing leaks, roof damages and/or leaks, air conditioning leaks and/or damages and/or foundation settling or damage of any kind, all interior damage of any kind, all roof damages of any kind, all claims for lost rent, all claims for additional living expenses (loss of use), all claims for damages for personal injuries, to personal property, furniture or fixtures, any damage or malfunction to said dwelling as described herein, and any personal injury manifested prior to or caused by any cause and/or peril occurring on or before the date of this Release (hereinafter referred to as "the claims").

The specifics of said allegations, damages, and causes of action are set forth in correspondence and/or documents and/or pleadings between Defendants/Releasees and Plaintiffs/Releasors, their attorney(s), agents, representatives, consultants, and/or contractors in a certain lawsuit styled Cause No. CL 2002-05-2123-C; *Alberto and Zonia Pullen, Individually and on Behalf of Minor Ana Frances Pullen, Sofia Pullen and Maria Christina Pullen vs. Farmers Insurance Group a/k/a Farmers Insurance Exchange, Jose Gutierrez Insurance, Jose Gutierrez, and J.P. Meuch;* In the 197th Judicial District Court of Cameron County, Texas.. This Release contemplates all claims that were asserted or assertable in the above-referenced lawsuit and/or claims information provided to Defendants/Releasees, including the claim numbers set forth herein, and other pending claims, and any and all other claims and/or causes of action surrounding said claims.

FURTHER, the parties understand and agree that the claims asserted by Plaintiffs/Releasors against Defendants/Releasees are in dispute and that

3

Defendants/Releasees do not admit liability. The parties have settled such dispute by compromise to avoid further trouble, litigation and expense, and it is further agreed that the Defendants/Releasees do not admit liability or damages as a result of the events that form the basis of the above-mentioned claim, but expressly deny any and all such liability.

NOW, THEREFORE, the parties do agree as follows:

1. For and in consideration of the payment of the total sum of SIXTY THOUSAND DOLLARS AND NO/100 ($60,000.00) paid to Plaintiffs/Releasors, and Plaintiffs/Releasors' counsel, Benigno "Trey" Martinez, paid by or on behalf of Defendants/Releasees, released herein, to compensate for all alleged damages, and other good and valuable consideration and promises, receipt of which is hereby acknowledged, Plaintiffs/Releasors release and forever discharge Defendants/Releasees, all member exchanges, all related entities, and their affiliates, subsidiaries, heirs, assigns, employees, agents, assignees, successors in interest, insurers, adjusters, representatives and attorneys, of and from any and all claims, liabilities, and suits arising out of or resulting from "the claims," as defined above, whether or not such claims are specifically set forth in this Release. For the foregoing consideration, and for such other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by Plaintiffs/Releasors for their predecessors, successors, assigns, heirs, heirs apparent, executors, administrators, partners and legal representatives, (hereinafter referred to as "Plaintiffs/Releasors/Releasing Parties"), the Releasing Parties hereby RELEASE and FOREVER DISCHARGE

4

Defendants/Releasees, Farmers Insurance Group a/k/a Farmers Insurance Exchange, Jose Gutierrez Insurance, Jose Gutierrez, and J.P. Meuch, all member exchanges, all related entities, their heirs and assigns and their respective principals, partners, past or present officers, directors, shareholders, insurers, adjusters, employees, attorneys, agents, servants, representatives, subsidiaries, predecessors, successors, affiliated or associated entities, assigns, heirs, executors, administrators and insurance companies, (hereinafter referred to as "Defendants/Releasees/Released Parties"), of and from any and all claims, demands, damages, actions, causes of action, or suits in equity, of whatever kind or nature, whether heretofore or hereafter accruing and whether now known or not known to the parties, including, but not limited to, damages for or because of any matter or thing admitted or suffered to be done by the Defendants/Releasees/Released Parties prior to and including the date of the signing of this Release that directly or indirectly arise out of the claim numbers set forth herein, and all other pending claims, and the subject matter surrounding said claim(s). Plaintiffs/Releasors/Releasing Parties and their counsel hereby acknowledge the receipt of SIXTY THOUSAND DOLLARS AND NO/100 ($60,000.00) made payable to attorney Benigno "Trey" Martinez and Plaintiffs Alberto and Zoniaa Pullen.

The Plaintiffs/Releasors/Releasing Parties acknowledge that said payment is in full satisfaction of any and all damages directly or indirectly alleged to be caused by the Defendants/Releasees/Released Parties and that Plaintiffs/Releasors/Releasing Parties will fully compensate their counsel,

Benigno "Trey" Martinez and any other parties in interest, from this payment.

2. FURTHER, the Plaintiffs/Releasors/Releasing Parties agree to release, discharge, and forever hold the Defendants/Releasees/Released Parties harmless from any and all claims, demands, or suits, known or unknown, fixed or contingent, liquidated or unliquidated, that have been asserted or may be asserted on behalf of Plaintiffs/Releasors/Releasing Parties in regard to the claim numbers set forth herein and other pending claims, as of this date arising from or related to the events and transactions that are the subject matter of said claim(s) and the allegations made relating thereto. The Plaintiffs/Releasors/Releasing Parties acknowledge that said payments are in full satisfaction of all damages directly or indirectly alleged to be caused by the Defendants/Releasees/Released Parties as defined herein and agree that the claims are Released and that no additional sums are owed.

3. FURTHER, as part of the consideration for this Release, the releasing parties mutually covenant and agree to keep the terms of this settlement confidential.

4. FURTHER, the Plaintiffs/Releasors/Releasing Parties to this Release warrant and represent that they own the claim or claims asserted in the above-mentioned claim and that no part of their claim or claims asserted against the other parties has been assigned or transferred to any other person or entity. The Releasing Parties to this Release agree to fully indemnify and to hold harmless the other parties from any and all claims arising out of, or derivative of, the claims released in this Release, which are brought on behalf of

6

Plaintiffs/Releasors/Releasing Parties. The Releasing Parties agree that the indemnification includes, but is not limited to, the amounts of the claims, the costs of defending against the claims, attorneys' fees, interest, and any other costs incurred as result of any such claim.

5. FURTHER, this Release is intended to constitute a Release by all of the parties of all claims of any kind, known or unknown, arising out of or derivative of claim numbers set forth herein and other pending claims. Also, Plaintiffs agree that all checks that were issued and not cashed, are to be cancelled and said amounts included in settlement.

6. FURTHER, the Plaintiffs/Releasors/Releasing Parties agree to their counsel entering with the Court a Motion and Order to Dismiss with Prejudice. Plaintiffs/Releasors/Releasing Parties hereby acknowledge they understand the effect of the entry of the Order dismissing their lawsuit with prejudice.

7. Plaintiff/Releasors and their attorney represent and warrant that settlement proceeds are to be made payable to Plaintiffs and their attorney and no lienholder and/or mortgage company has any interest in said settlement proceeds.

8. Each party hereto acknowledges that he or she has read and understood the effect of the above and foregoing Release and executes same of his or her own free will in accordance with the purposes and consideration set forth. The parties expressly disclaim reliance on any facts or representations made by the others if not contained in this Release.

9. This Release shall continue perpetually and shall be binding upon all of the parties and their heirs, successors, and assigns, and shall inure to the benefit of all of the parties and their heirs, successors, and assigns. This Release represents the entire agreement of the parties, and the terms are contractual and not mere recitals. This Release may not be amended, altered, modified, or changed in any way except in writing signed by all the parties to this Release. This agreement supersedes all prior agreements, if any.

_____
Alberto Pullen

_____
Zonia Pullen

APPROVED AS TO FORM BY COUNSEL
FOR PLAINTIFFS/RELEASORS:

Martinez y Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
Telephone: (956) 546-7159
Facsimile: (956) 544-0602

By: _____   Date: 12/16/02
Benigno "Trey" Martinez
State Bar No. 00797011

8

THE STATE OF TEXAS        §
                          §
COUNTY OF CAMERON         §

  BEFORE ME, the undersigned authority, personally appeared Alberto Pullen who, being by me duly sworn upon oath, stated that he has read the above and foregoing Settlement Agreement and General Release, he understands it, he is duly authorized to execute same, and he does so for the purposes and consideration therein stated.

  SUBSCRIBED AND SWORN TO BEFORE ME on this 16th day of December, 2002 to certify which witness my hand and seal of office.



NOTARY PUBLIC, STATE OF TEXAS

THE STATE OF TEXAS        §
                          §
COUNTY OF CAMERON         §

  BEFORE ME, the undersigned authority, personally appeared Zonia Pullen who, being by me duly sworn upon oath, stated that she has read the above and foregoing Settlement Agreement and General Release, she understands it, she is duly authorized to execute same, and she does so for the purposes and consideration therein stated.

  SUBSCRIBED AND SWORN TO BEFORE ME on this 16th day of December, 2002 to certify which witness my hand and seal of office.

NOTARY PUBLIC, STATE OF TEXAS

9