IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALBERT PULLEN ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| V. | § | C.A. NO. B-02-206 |
| | § | |
| FARMERS GROUP, INC., | § | |
| FARMERS UNDERWRITERS | § | |
| ASSOCIATION, FIRE | § | |
| UNDERWRITERS ASSOCIATION, | § | |
| FARMERS INSURANCE EXCHANGE, | § | |
| FIRE INSURANCE EXCHANGE, | § | |
| AND JOSE GUTIERREZ, | § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT

STATE OF TEXAS        §
                      §
COUNTY OF CAMERON §

BEFORE ME, the undersigned authority, personally appeared Alberto Pullen, who, being by me duly sworn, deposed as follows:

1. My name is Alberto Pullen. I am over 18 years of age and am competent to make this Affidavit in all respects. Unless otherwise stated, I have personal knowledge of the facts set forth herein. I am making this Affidavit under my own free will.

2. I own a home located at 1734 Honeydale in Brownsville, Texas. I have had homeowners' insurance with Farmers Insurance for over five years.

3. My insurance agent for my homeowners' insurance is Jose Gutierrez, an agent for Farmers Insurance. Mr. Gutierrez' office is located at 1514 E. Los Ebanos, Brownsville, Texas 78520.

PLAINTIFF'S EXHIBIT "C"

4. The premiums for my homeowners' insurance increased during the last year although the coverage decreased. Mr. Gutierrez never informed me that credit information would be used as part of a credit score or that I would be placed in a category based on such credit score. I was not informed by Mr. Gutierrez that my credit information could result in an increase in my insurance premiums.

5. I was under the impression that my agent had provided me with complete and accurate information, and I relied on his expertise in paying and securing my homeowner's insurance.

FURTHER AFFIANT SAYETH NOT.

_____
Alberto Pullen

SUBSCRIBED AND SWORN TO BEFORE ME on this the 14th day of November, 2002.



ANABEL GUERRA
Notary Public, State of Texas
My Commission Expires
September 20, 2006

_____
Notary Public, State of Texas
County of Cameron