IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT - 5 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALBERT PULLEN & ZONIA PULLEN, on behalf of themselves & others similarly situated | § § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-02-206 |
| | § | |
| FARMERS GROUP, INC., FARMERS UNDERWRITERS ASSOC., FIRE UNDERWRITERS ASSOC., FARMERS INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGED, & JOSE GUTIERREZ, | § § § § § § § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on October 5, 2006, the Court **ORDERED** the parties to submit a status report by no later than October 27, 2006. This case was stayed in March 2006 until the resolution of the Attorney General's suit by settlement or ruling by the Texas Supreme Court. Dkt. No. 42.

DONE at Brownsville, Texas, this 5 day of October, 2006.

Hilda G. Tagle
United States District Judge