IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT 2 6 2006
Michael N. Milby
Clerk of Court

| | |
|---|---|
| ALBERT PULLEN ET AL., § | |
| Plaintiffs, § | |
| § | |
| v. § | C. A. NO. B-02-206 |
| § | |
| FARMERS GROUP, INC., ET AL., § | |
| Defendants. § | |

## SEVENTH SUPPLEMENT TO JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to the Court's October 5, 2006 Order and Federal Rule of Civil Procedure 26, plaintiffs and defendants file this their Seventh Supplement to their Joint Conference Report, as directed by the Court in light of the Preliminary Certification of the Settlement Class and Preliminary Approval of the Class Action Settlement in the Travis County suit brought by the Texas Attorney General and Texas Department of Insurance against Farmers, which is now pending in Travis County, Austin, Texas:

3.   **Briefly describe what this case is about.**

*Plaintiffs' Statement:*

Plaintiffs assert that the defendants failed to properly disclose to Texas policyholders that they used their credit history to increase premiums or give discounts and the right of policyholders to contest their scores. Plaintiffs further assert that the defendants improperly used credit history to switch policyholders into higher, unregulated companies. Plaintiffs have requested that this matter be certified as a class action.

### *Defendants' Statement:*

Defendants deny plaintiffs' allegations and do not believe that a class should be certified or that this matter should be litigated. As defendants explained at the Scheduling Conference held before this Court on March 17, 2003 and in their papers filed with this Court, the issues raised by plaintiffs' suit have already been fully resolved in a class action suit brought by the Texas Attorney General and Commissioner of Insurance on behalf of Texas policyholders against defendants, which was filed before this action.

The Attorney General and defendants entered into a class settlement agreement which has an estimated value of $117.5 million. The trial court in Travis County Austin, Texas held a preliminary approval hearing on May 19, 2003, which concluded on May 22, 2003. The Court heard testimony from various witnesses, including representatives from the Texas Department of Insurance, including Commissioner Jose Montemayor and Karina Casari, former deputy Commissioner, and Jeff Body, Deputy Attorney General, Stephen Leaman, former Executive Vice-President for Farmers Group, Inc., Professor Samuel Issacharoff, a class action expert from Columbia Law School, formerly with the University of Texas School of Law, and David Appel, an actuary expert. The trial court also received documentary evidence from the State and Farmers. Intervenors, representing other class members, were provided an opportunity to cross examine witnesses and offer evidence challenging the propriety and adequacy of the settlement. After a full hearing in which the trial court considered all of the evidence presented, the trial court preliminarily certified the settlement class and preliminarily approved the class settlement. *See* Order of Preliminary Approval at Exhibit A. In light of the trial court's certification and approval of the class action settlement in the Attorney General suit, defendants believe that this matter should

be dismissed. In the alternative, defendants believe that the Court should, at a minimum, allow its stay order in this action to remain in effect pending the final approval hearing to be conducted on the preliminarily-approved settlement.

*Joint Statement*

On March 27, 2006, the Court granted in part and denied in part Defendants' Motion to Dismiss, or Alternatively, for Summary Judgment and granted Defendant Jose Gutierrez' Motion to Dismiss, or Alternatively for Summary Judgment. Pursuant to the Court's ruling, all claims brought in this lawsuit by plaintiffs against Farmers Insurance Group, Farmers Insurance Exchange and Jose Gutierrez were dismissed. Further, pursuant to the Court's order, all claims brought in this lawsuit by named and unnamed parties against Farmers Insurance Group, Farmers Insurance Exchange and Jose Gutierrez were dismissed. All claims brought in this lawsuit by named and unnamed parties against Farmers Underwriters Association, Fire Underwriters Association, and Fire Insurance Exchange remain.

In the preliminarily-approved class action settlement between the Texas Attorney General and Texas Department of Insurance and Farmers, Intervenors opposing the settlement appealed the preliminary certification of the settlement class to the Third Court of Appeals in Austin, Texas. *See* Exhibit B. The Third Court of Appeals issued an order staying the issuance of notice to class members. *See* Exhibit C. Oral argument was heard by the Third Court of Appeals on December 17, 2003. The Third Court of Appeals subsequently reversed the trial court's order preliminarily certifying the settlement class,

which ruling has been appealed and is currently pending before the Texas Supreme Court on petition for review. As of the date of this Supplement, no decision has been rendered by the Texas Supreme Court concerning the petition for review.

Pursuant to the Court's October 5, 2006 Order and in light of the pending appeal of the preliminary class certification in the Attorney General class action suit, plaintiffs and defendants are submitting a proposed Amended Scheduling Order. *See* Exhibit D.

Respectfully submitted,

_____
Suzanne M. Schwarz
State Bar No. 17872300

LAW OFFICES OF SUZANNE
SCHWARZ, P.C.
P.O. Box 532044
Harlingen, Texas 78553
Telephone: 956.440.0340
Telecopier: 956.440.8252

Benigno "Trey" Martinez
State Bar No. 00797011
Federal I.D. No. 23945
MARTINEZ, BARRERA & MARTINEZ,
L.L.P.1201 E. Van Buren
Brownsville, Texas 78520
Telephone: 956.546.715
Telecopier: 956.544.0602

Attorneys-in-Charge for Plaintiffs

_Eduardo Roberto Rodriguez_ By Suzanne Sharp
with permission from
Carlos Kaiser

Eduardo Roberto Rodriguez
State Bar No. 17144000
Robert Patrick Rodriguez
State Bar No. 24002861
1201 East Van Buren
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
Brownsville, Texas 78520  and/or
P.O. Box 2155
Brownsville, Texas 78522
Telephone: 956.542.7441
Telecopier: 956.541.2170

FULBRIGHT & JAWORSKI L.L.P.

Layne E. Kruse
State Bar No. 11742550
Richard N. Carrell
State Bar No. 03871000
Gerard G. Pecht
State Bar No. 15701800
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:  713-651-5151
Telecopier:  713-651-5246

Attorneys-in-Charge for Defendants

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on  October 25 , 2006.


_____