## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| ALBERT PULLEN  ET AL.,<br>Plaintiffs, | §<br>§<br>§ |
| v. | §<br>§     C. A. NO. B-02-206 |
| FARMERS GROUP, INC., ET AL.,<br>Defendants. | §<br>§<br>§ |

### AMENDED SCHEDULING ORDER

In accordance with Local Rule CV-16 (S.D. Tex.), the parties submitted proposed scheduling order deadlines.  The Court enters the following ORDER:

In accordance with the foregoing, the following pretrial deadlines are established:

| | |
|---|---|
| May __, 2007 | Parties will file an amended Rule 26f Conference Report with an amended proposed Scheduling Order, which will report on the status of the approval of the class action settlement in the State Attorney General Suit |
| June __, 2007 at ____ a.m. | Scheduling Conference |

Other deadlines will be reset after the amended report and new scheduling conference.  This Scheduling Order shall not be modified, except by leave of Court upon a showing of good cause, and shall be binding on all parties.

Signed this __ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE


AGREED TO AS TO FORM:


_____
Suzanne M. Schwarz
State Bar No. 17872300


30417085.6

FALCON-DALLAS, TX
EXHIBIT
D

LAW OFFICES OF SUZANNE SCHWARZ, P.C.
P.O. Box 532044
Harlingen, Texas 78553
Telephone:  956.440.0340
Telecopier:  956.440.8252
AND
Benigno "Trey" Martinez
State Bar No. 00797011
Federal I.D. No. 23945
MARTINEZ, BARRERA & MARTINEZ, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
Telephone:  956.546.7156
Telecopier:  956.544.0602
ATTORNEYS-IN-CHARGE FOR PLAINTIFFS


_____

Eduardo Roberto Rodriguez
State Bar No. 17144000
Robert Patrick Rodriguez
State Bar No. 24002861
1201 East Van Buren
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
Brownsville, Texas 78520  and/or
P.O. Box 2155
Brownsville, Texas 78522
Telephone: 956.542.7441
Telecopier: 956.541.2170
AND
Layne E. Kruse
State Bar No. 11742550
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:  713-651-5151
Telecopier:  713-651-5246
ATTORNEYS-IN-CHARGE FOR DEFENDANTS