United States District Court
Southern District of Texas
ENTERED

APR 3 0 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALBERT PULLEN et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-206 |
| FARMERS GROUP, INC., et al., | § § § | |
| Defendants. | § | |

### ORDER

Upon consideration of the parties Ninth Supplement to Joint Discovery/Case Management Plan and the proposed scheduling order submitted, Dkt. No. 49, the Court **ORDERS** the parties to submit a status report by May 30, 2008. The filing shall include an amended Rule 26(f) Conference Report with an amended proposed scheduling order, which will report on the status of the approval of the class action settlement in the State Attorney General Suit.

DONE at Brownsville, Texas, on April ___, 2008.

_____
Hilda G. Tagle
United States District Judge